**UPLAND BOROUGH**

v.

**UCBR (OCASIO)**

**1548 CD 2016**

Commonwealth Court of Pennsylvania.

06/12/2017

Unemployment Compensation Board of Review, B–591700

Affirmed

**BALLARD, W.**

v.

**DHS**

**1580 CD 2016**

Commonwealth Court of Pennsylvania.

06/12/2017

Department of Human Services, Bureau of Hearings and Appeals, 512119496–104 M

Affirmed

**BARNER, O.**

v.

**C/O PIENTKA, et al.**

**1679 CD 2016**

Commonwealth Court of Pennsylvania.

06/12/2017

Schuylkill County Civil Division, No. S–1416–2016

Affirmed

**PENNDOT**

v.

**NERCESIAN, R.**

**1795 CD 2016**

Commonwealth Court of Pennsylvania.

06/12/2017

Delaware County Civil Division, 2016–007204

Reversed